# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

*FILED IN CLERKS OFFICE*
*2022 MAR 10 PM 1:09*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

| | |
|---|---|
| ALIAH TRUST<br>*An Express Trust Organization*<br>Nathan McGuire, Trustee<br>*Claimant/Lien holder* | Case No. 22-mc-91116-IT<br><br>Miscellaneous Filing:<br>Registration of Foreign Judgment<br>Pursuant to 28 U.S.C. §1963<br>42 U.S.C. §1981 & 42 U.S.C. §1983 |

**COMES NOW** Nathan McGuire the trustee of ALIAH TRUST An Express Trust Organization to register a foreign judgment with the court. This foreign judgment, property of ALIAH TRUST, constitutes the exhaustion of this Trustee's administrative remedy and Trustee's right to enforce his contract and is conformable to the United States Constitution, laws of the United States, Massachusetts Constitution and laws of the commonwealth. {See attached Judicial Notice}

Pursuant to Rule 201(e) of the Federal Rules of Evidence on timely request, this trustee is entitled to be heard on the propriety of taking judicial notice and the nature of the facts to be noticed. If the court takes judicial notice before notifying a party, the party, on request, is still entitled to be heard. This trustee hereby invokes his substantive right to be heard on the adjudicated facts within the Judicial Notice attached herein.

Trustee holds significant interests in this claim attached to his substantive rights protected under 42 U.S.C. §1981 and executed a proper proceeding for redress protected under 42 U.S.C. §1983 therefore this court must take notice that any action denying the process that is "due" would be unconstitutional thus a violation of law and of the Trustee's right to due process.

Any attempt by any court or judicial officer to reject, deny, conceal, remove or mutilate the registration of this official valid judgment generally by *sua sponte* under discretion or otherwise may be construed as acting arbitrary and capricious without determining principle and defrauding this Trustee in violation of 28 U.S.C. §2072(b) which states; *"Such rules shall not abridge, enlarge or modify any substantive right"* as well as 18 U.S.C. §241, 18 U.S.C. §242, 42 U.S.C. §1983, 18 U.S.C. §1346 and 18 U.S.C. §2071 for civil rights violations and depriving this Trustee of the intangible right of honest services.

The following Notarial Protest effectively creating a valid administrative judgment as a Certification of Commercial Tort Claim and Lien is admitted with clean hands in good faith and it is requested that this district court register this valid judgment applicable to 28 U.S.C. §1963.

Respectfully Submitted,

By: _____
Nathan McGuire, Trustee
ALIAH TRUST
An Express Trust Organization
c/o 607 Boylston Street Suite 175
Boston, Massachusetts near {02116}
without the United States
Non-Domestic, Non-Assumpsit
(857) 939-7547