# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| ALIAH TRUST<br><u>An Express Trust Organization</u><br>Nathan McGuire, Trustee<br>*Claimant/Lien holder* | ) )<br>) )<br>) )<br>) )<br>) ) | Case No.<br><br>**REGISTRATION OF<br>FOREIGN JUDGMENT** |

**CLERK'S CERTIFICATION OF A JUDGMENT REGISTRATION IN DISTRICT OF MASSACHUSETTS**

     I certify that the attached copy of the non-judicial record foreign administrative judgment adjudicatory proceeding held under notarial protest, a matter of substantive right of Trustee, as a Certification of Commercial Tort Claim and Lien was entered into this court by the Trustee of the ALIAH TRUST Nathan McGuire for registration under a miscellaneous filing on (*date*)_____.

 

*CLERK OF COURT*

Date: _____    _____
                                                                                     *Signature of Clerk or Deputy Clerk*